⸺AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____VIRGINIA - Richmond Division_____

James E. Taylor

V.

Internal Revenue Service, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  3:10cv619

TO: (Name and address of Defendant)

Virginia Department of Taxation
Serve: Kenneth Cuccinelli
      Attorney General for Commonwealth of VA
      900 East Main Street
      Richmond, VA 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Taylor
5306 Cold Harbor Road
Mechanicsville, VA 23111

an answer to the complaint which is served on you with this summons, within _____21_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____FERNANDO GALINDO,_____      _____September 2, 2010_____
CLERK      DATE

_____
(By) DEPUTY CLERK

FILE COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____VIRGINIA - Richmond Division_____

James E. Taylor

V.

Internal Revenue Service, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:10cv619

TO: (Name and address of Defendant)

Supreme Court of Virginia
Serve: Kenneth Cuccinelli
    Attorney General for Commonwealth of VA
    900 East Main Street
    Richmond, VA 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Taylor
5306 Cold Harbor Road
Mechanicsville, VA 23111

an answer to the complaint which is served on you with this summons, within ____21____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____FERNANDO GALINDO,_____ _____September 2, 2010_____
CLERK                                                                         DATE

FILE COPY

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | VIRGINIA - Richmond Division |

James E. Taylor

V.

Internal Revenue Service, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 3:10cv619

TO: (Name and address of Defendant)

Commonwealth of Virginia
Serve: Kenneth Cuccinelli
    Attorney General for Commonwealth of VA
    900 East Main Street
    Richmond, VA 23219

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James E. Taylor
5306 Cold Harbor Road
Mechanicsville, VA 23111

an answer to the complaint which is served on you with this summons, within ___21___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

FERNANDO GALINDO,
CLERK

FILE COPY

(By) DEPUTY CLERK

September 2, 2010
DATE